**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ARMANDO GUTIERREZ**                                                                          **PLAINTIFF**


**v.**                                   **Case No: 4:22-cv-00528-JM-PSH**


**VOLKMAN, *et al.***                                                              **DEFENDANTS**


## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 26th day of July, 2022.


_____
UNITED STATES DISTRICT JUDGE